# EXHIBIT A

9/9/2019 9:12 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 36620429
By: Kenya Kossie
Filed: 9/9/2019 9:12 AM

CAUSE NO. 201958861

RECEIPT NO.          0.00     CIV
\*\*\*\*\*\*\*\*\*\*
TR # 73661875

PLAINTIFF: JOYCE, DAVID
        vs.
DEFENDANT: AMERICAN SECURITY INSURANCE COMPANY

In The    295th
Judicial District Court
of Harris County, Texas
295TH DISTRICT COURT
Houston, TX

## CITATION

THE STATE OF TEXAS
County of Harris

TO: AMERICAN SECURITY INSURANCE COMPANY (AN INSURANCE COMPANY)
    MAY BE SERVED BY SERVING ITS REGISTERED AGENT
    C/O CORPORATION SERVICE COMPANY
    211  E 7TH ST  SUITE 620  AUSTIN  TX  78701

Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE</u>

This instrument was filed on the <u>22nd day of August, 2019</u>, in the above cited cause number and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

    This citation was issued on 23rd day of August, 2019, under my hand and seal of said Court.

<u>Issued at request of</u>:
MCCLELLAND, SHANE
440  COBIA DRIVE, STE 101
KATY, TX  77494
Tel: (713) 987-7107
<u>Bar No.</u>: 24046383

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: BARRETT, BERNITTA L  EG1//11308820

### OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____.M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____County at _____ o'clock ____.M., on the _____ day of _____,

_____, by delivering to _____ defendant, in person, a true copy of this Citation together with the accompanying _____ copy(ies) of the Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

FEE: $_____

_____ of _____County, Texas

_____      By _____
          Affiant                                                           Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn,

CAUSE NUMBER: 2019-58861

DAVID AND CHRISTINA JOYCE
PLAINTIFF

VS.   IN THE 295TH JUDICIAL DISTRICT
COURT OF HARRIS COUNTY TEXAS

AMERICAN SECURITY INSURANCE
COMPANY
DEFENDANT

## AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, on this day **D'ANN WATHEN**, personally appeared before me and stated under oath as follows:

My name is **D'ANN WATHEN**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: 1320 QUITMAN ST. STE 100, HOUSTON, HARRIS COUNTY, TX 77009, U.S.A.

ON **Monday August 26, 2019 AT 01:15 PM - CITATION, PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE**, came to hand for service upon **AMERICAN SECURITY INSURANCE COMPANY ( AN INSURANCE COMPANY BY SERVING THROUGH ITS REGISTERD AGENT CORPORATION SERVICE COMPANY**.

On **Friday August 30, 2019** at **12:47 PM** - The above named documents were hand delivered to: **AMERICAN SECURITY INSURANCE COMPANY ( AN INSURANCE COMPANY BY SERVING THROUGH ITS REGISTERD AGENT CORPORATION SERVICE COMPANY @ 211 E. 7TH STREET, SUITE 620, AUSTIN, TX 78701, in Person.** by delivering to Vanessa Hernandez, designated agent.

**FURTHER AFFIANT SAYETH NOT.**

D'ANN WATHEN
PSC#6622 EXP 06/30/21

**SWORN TO AND SUBSCRIBED** before me by **D'ANN WATHEN** appeared on this ____ day of SEPTEMBER, 2019 to attest witness my hand and seal of office.

NOTARY PUBLIC IN AND
FOR THE STATE OF TEXAS

2019.08.404622

CHRISTOPHER S WATHEN
Notary Public, State of Texas
Comm. Expires 04-15-2023
Notary ID 10486976